UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CARLOS PEREZ RUIZ,

    Petitioner,

    v.

KEVIN RAYCRAFT, Detroit Field Office Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; and PAMELA BONDI, Attorney General of the United States, in their official capacities, Respondents.

_____/

Case No. 1:25-cv-01574

Honorable Hala Y. Jarbou

**AGREED NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, CARLOS PEREZ RUIZ, by and through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed against all Defendants, namely, KEVIN RAYCRAFT, Detroit Field Office, Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; and PAMELA BONDI, Attorney General of the United States, in their official capacities. Children's Legal Center is a legal aid organization. Petitioner now has a private attorney who filed a separate action with the Western District of Michigan, Case No. 1:25-cv-01812.

Dated: December 18, 2025

__/s/ Kalen Pruss_____
Kalen Prus
Assistant U.S. Attorney
Western District of Michigan

_/s/ Laura J Smith_____
Laura Smith
Children's Legal Center
1100 W. Cermak Road, Suite 422

1

2

P: (616) 808-2104
kalen.pruss@usdoj.gov

Chicago, Illinois 60608
P: (312) 722-6642
laura@childrenslegalcenterchicago.org
*Attorney for Petitioner*

**IT IS SO ORDERED.**

Dated: December 22, 2025

/s/ Hala Y. Jarbou
_____
HALA Y. JARBOU
Chief United States District Judge